UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  DR:25-CR-00355(3)-EG |
| (3) SERGIO DAVILA | § § § | |

# SCHEDULING ORDER

The Court makes the following schedule as to this defendant(s):

The deadline for notifying the Court of any plea agreement entered into by the parties in this cause is **Friday**, **April 11, 2025**.

Docket call and Rearraignment are set for **Tuesday**, **April 15, 2025** at **9:00 A.M.** before United States District Judge Ernest Gonzalez, Federal Building - U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 3, Del Rio, Texas.

Jury selection and trial are set for **Tuesday**, **April 22, 2025** at **9:00 A.M.** in the Courtroom of United States District Judge Ernest Gonzalez, Federal Building - U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 3, Del Rio, Texas.

THE FOLLOWING INSTRUCTIONS SHOULD BE UNDERSTOOD BY

COUNSEL AND THE DEFENDANT:

### Motions for Continuance of Docket Call

Any motions for continuance of docket call must be electronically filed with the Clerk Of Court on or before the close of business on **April 11, 2025**. Failure to file motion for continuance by this date will necessitate the case to remain on docket call and appearance of defense counsel will be required.

**Guilty Plea Announcement**

Any requests for entry of guilty plea must be directed to Jessica Patino, Courtroom Deputy for Judge Gonzalez, via phone ((830) 308-6410) or email (jessica_patino@txwd.uscourts.gov) on or before the close of business on **April 11, 2025**. Failure to notify the courtroom deputy of the request for a plea hearing by this date will necessitate the case to remain on docket call and appearance of defense counsel to make a formal announcement will be required. If the defendant has scheduled a plea, both the defendant and defense counsel are excused from docket call.

**Jury Trial or Motion Hearing Announcement**

If the defendant wishes to announce ready for trial or is requesting a specific type hearing, formal announcement must be made at docket call by the defense attorney. The defendant does not need to be present unless specifically requested by the defense attorney.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT**: If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire. All exhibits shall be marked by counsel prior to jury selection.

In addition, if a defendant or witness require the services of a court interpreter that interprets other than Spanish, please notify Jessica Patino, Courtroom Deputy for Judge Gonzalez, via phone ((830) 308-6410) or email (jessica_patino@txwd.uscourts.gov), no later than ten (10) days before the court setting.

**Counsel for defendant shall notify defendant** of this setting and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by

the Court.

The Clerk of Court shall send a copy of this order to the United States Attorney and to the attorney for defendant.

IT IS SO ORDERED this **19th day of February, 2025**.

_____
**ERNEST GONZALEZ**
UNITED STATES DISTRICT JUDGE